Casey E. MURPHY, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7053.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

Casey E. Murphy moves without opposition to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

Pearl TYNDALL, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 00–7163.

United States Court of Appeals, Federal Circuit.

March 1, 2001.

ON MOTION

*ORDER*

The parties jointly move to voluntarily dismiss this appeal. In their submission, the parties state that they have settled this appeal and that the issue of costs is covered by their settlement agreement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Any pending motions are moot.